GRAHAM V FOSTER, No. 152058; reported below: 311 Mich App 139. The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the Court of Appeals correctly held that a necessary-party defendant may be brought into a lawsuit after the expiration of the limitations period based on the relation-back doctrine. See *Casserly v Wayne Circuit Judge*, 124 Mich 157, 161 (1900), *Prather Engineering Co v Detroit, F & S Ry Co*, 152 Mich 582, 585 (1908); but see *Miller v Chapman Contracting*, 477 Mich 102, 105 (2007) ("the relation-back doctrine does not extend to the addition of new parties"). The parties should not submit mere restatements of their application papers.

*Leave to Appeal Denied February 5, 2016:*

*In re* HUFFMAN, No. 152933; Court of Appeals No. 326538.

*Summary Disposition February 17, 2016:*

*In re* JONES, No. 152595; Court of Appeals No. 326252. By order of December 23, 2015, this Court granted the application for leave to appeal the October 27, 2015 judgment of the Court of Appeals. On order of the Court, the joint motions for immediate consideration and requesting this Court to vacate the circuit court order terminating the respondent's parental rights are considered, and they are granted. We vacate our December 23, 2015 order granting leave to appeal, vacate the October 27, 2015 judgment of the Court of Appeals, vacate the Ontonagon Circuit Court's order adjudicating jurisdiction over the children of the respondent mother and the February 16, 2015 order terminating the respondent's parental rights to the children, and remand this case to the circuit court for a new adjudication determination. We do not retain jurisdiction.

*Leave to Appeal Denied February 19, 2016:*

*In re* STURGIS, No. 152905; Court of Appeals No. 324127.

*Reconsideration Denied February 19, 2016:*

*In re* PRICE, No. 152788; Court of Appeals No. 327001. Leave to appeal denied 498 Mich 966.